FILED

APR 25 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDL

1  James D. Pacitti, Esq. (SBN 248696)
Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 385-1408
jpacitti@consumerlawcenter.com
4  Attorneys for Plaintiff,
CATHY-JAYNE REVOCAL

E-filing

5

6  **UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
7  **SAN FRANCISCO DIVISION**

CV 11 20 21

8  CATHY-JAYNE REVOCAL,                )  Case No.:
                                       )
9         Plaintiff,                   )  **COMPLAINT AND DEMAND FOR**
                                       )  **JURY TRIAL**
10        v.                           )
                                       )  **(Unlawful Debt Collection Practices)**
11  NORTHSTAR LOCATION SERVICES,       )
                                       )
12  LLC,                               )
                                       )
13        Defendant.                   )

14                    **VERIFIED COMPLAINT**

15        CATHY-JAYNE REVOCAL (Plaintiff), by her attorneys, KROHN & MOSS, LTD.,

16  alleges the following against NORTHSTAR LOCATION SERVICES, LLC, (Defendant):

17                         **INTRODUCTION**

18  1.  Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

19      *U.S.C. 1692 et seq.* (FDCPA).

20  2.  Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

21      Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

22  3.  Defendant acted through its agents, employees, officers, members, directors, heirs,

23      successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers,

24      and attorneys.

25

- 1 -

**JURISDICTION AND VENUE**

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

7. Plaintiff is a natural person residing in Hercules, Contra Costa County, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a limited liability company located in Cheektowaga, New York.

**FACTUAL ALLEGATIONS**

11. Beginning in January of 2011, Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant called on an almost daily basis, multiple times per day, through February of 2011.

13. Defendant typically called Plaintiff from four (4) to six (6) times a day.

14. Defendant made collection calls to Plaintiff's cellular phone number of (510) 672-0680 and her home phone number of (510) 799-6909.

15. Defendant threatened to seize Plaintiff's parent's assets if the alleged debt was not

- 2 -

immediately paid.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with the collection of an alleged debt;

b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff;

c. Defendant violated *§1692e(4)* of the FDCPA by representing or implying that nonpayment of the alleged debt would lead to seizure, garnishment, attachment, or sale of any property or wages of any person when such action was not intended by Defendant;

d. Defendant violated *§1692e(5)* of the FDCPA by threatening to take any action that cannot legally be taken or that was not intended to be taken; and

e. Defendant violated *§1692e(10)* of the FDCPA by using false representation or deceptive means to collect an alleged debt.

WHEREFORE, Plaintiff, CATHY-JAYNE REVOCAL, respectfully requests judgment be entered against Defendant, NORTHSTAR LOCATION SERVICES, LLC, for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

19. Any other relief that this Honorable Court deems appropriate.

///

///

- 3 -

1

2

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL
## FAIR DEBT COLLECTION PRACTICES ACT

3

20. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as

4

the allegations in Count II of Plaintiff's Complaint.

5

21. Defendant violated the RFDCPA based on the following:

6

 a.   Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone

7

  to ring repeatedly and continuously so as to annoy Plaintiff;

8

 b.   Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to

9

  Plaintiff with such frequency that was unreasonable and constituted harassment;

10

  and

11

 c.   Defendant violated the *§1788.17* of the RFDCPA by continuously failing to

12

  comply with the statutory regulations contained within the FDCPA, *15 U.S.C. §*

13

  *1692 et seq.*, as set forth in paragraph 16 above.

14

 WHEREFORE, Plaintiff, CATHY-JAYNE REVOCAL, respectfully requests judgment

15

be entered against Defendant, NORTHSTAR LOCATION SERVICES, LLC, for the following:

16

22. Statutory damages of $1,000.00   pursuant to the Rosenthal Fair Debt Collection

17

Practices Act, *Cal. Civ. Code §1788.30(b)*;

18

23. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection

19

Practices Act, *Cal. Civ Code § 1788.30(c)*; and

20

24. Any other relief that this Honorable Court deems appropriate.

21

## DEMAND FOR JURY TRIAL

22

 PLEASE TAKE NOTICE that Plaintiff, CATHY-JAYNE REVOCAL, demands a jury

23

trial in this cause of action.

24

25

- 4 -

VERIFIED COMPLAINT

1

RESPECTFULLY SUBMITTED,

2    DATED:  April 22, 2011                    KROHN & MOSS, LTD.

3

4                                          By: _____
                                               James D. Pacitti
5                                              Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 5 -

VERIFIED COMPLAINT

1

2                    ## VERIFICATION OF COMPLAINT AND CERTIFICATION

3    STATE OF CALIFORNIA

4        Plaintiff, CATHY-JAYNE REVOCAL, states as follows:

5    1.    I am the Plaintiff in this civil proceeding.

6    2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe

7          that all of the facts contained in it are true, to the best of my knowledge, information
           and belief formed after reasonable inquiry.

8    3.    I believe that this civil Complaint is well grounded in fact and warranted by existing

9          law or by a good faith argument for the extension, modification or reversal of existing

10         law.

11   4.    I believe that this civil Complaint is not interposed for any improper purpose, such as

12         to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
           needless increase in the cost of litigation to any Defendant(s), named in the

13         Complaint.

14   5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.

15         Pursuant to 28 U.S.C. § 1746(2), I, CATHY-JAYNE REVOCAL, hereby declare (or
16   certify, verify or state) under penalty of perjury that the foregoing is true and correct.

17   DATE: 3/16/11

18                                              CATHY-JAYNE REVOCAL

19

20

21

22

23

24

25

                                       - 6 -.

                                VERIFIED COMPLAINT