UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHY JAYNE REVOCAL

        Plaintiff(s),

   v.

NORTHSTAR LOCATION SERVICES

        Defendant(s).
_____/

No. 11-02021 EDL

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference currently set for August 2, 2011 is hereby continued to September 6, 2011 because the parties have informed the Court that they have reached a settlement of the matter and are in the process of the finalizing settlement. The parties shall file a Stipulated Dismissal as soon as the settlement is finalized, in which case all dates including the case management conference will be vacated.

IT IS SO ORDERED.

Dated: July 29, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge