Christopher Addy, Esq. (SBN 256044)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 385-1408
caddy@consumerlawcenter.com
Attorneys for Plaintiff,
CATHY-JAYNE REVOCAL

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHY-JAYNE REVOCAL, | Case No.: 3:11-cv-02021-EDL |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | **(Unlawful Debt Collection Practices)** |
| NORTHSTAR LOCATION SERVICES, LLC, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, CATHY-JAYNE REVOCAL, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: August 22, 2011                                    KROHN & MOSS, LTD.


                                                          By:/s/Christopher Addy

                                                          Christopher Addy
                                                          Attorney for Plaintiff,
                                                          CATHY-JAYNE REVOCAL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10474 Santa Monica Blvd. Suite 401, Los Angeles, CA 90025.

On August 22, 2011, I served the following document(s) described as: **VOLUNTARY DISMISSAL** on all interested parties in this action by placing:

[ X ]  a true copy
[  ]  the original thereof enclosed in sealed envelope(s) addressed as follows:

Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga NY 14225-1943

[ ]  BY FACSIMILE
    The facsimile machine used reported no error and printed a record of the transmission which is attached hereto.

[X]  BY MAIL
    [ ]  I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    [X]  I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  STATE – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 22, 2011, at Los Angeles, California.

*Dalida Alexanian*

- 1 -